No. 75–1735. WILLIAMS ET AL. *v.* JONES, APPRAISER OF ESCAMBIA COUNTY, ET AL. Appeal from Sup. Ct. Fla. dismissed for want of substantial federal question. ▉

No. 75–1818. ADAMS *v.* HARRIS COUNTY, TEXAS. Appeal from Ct. Civ. App. Tex., 14th Sup. Jud. Dist. dismissed for want of substantial federal question. ▉

No. 75–6728. SMITH ET UX. *v.* SPRADLING, DIRECTOR, DEPARTMENT OF REVENUE OF MISSOURI. Appeal from Sup. Ct. Mo. dismissed for want of substantial federal question. ▉

No. 75–6939. TAYLOR *v.* ANDERSON. Appeal from Ct. App. Ohio, Franklin County, dismissed for want of substantial federal question.

No. 76–32. CITY OF BRAINERD ET AL. *v.* MINNESOTA STATE BOARD OF HEALTH. Appeal from Sup. Ct. Minn. dismissed for want of substantial federal question. ▉

No. 76–34. SPECK RESTAURANT, INC. *v.* OREGON LIQUOR CONTROL COMMISSION. Appeal from Ct. App. Ore. dismissed for want of substantial federal question. ▉

No. 76–127. ACS, ADMINISTRATRIX *v.* BRADY. Appeal from Sup. Ct. Ind. dismissed for want of substantial federal question. ▉

No. 76–142. DICKSON ET AL. *v.* NEW HAMPSHIRE. Appeal from Sup. Ct. N. H. dismissed for want of substantial federal question. ▉

No. 76–149. STATHES *v.* MARYLAND. Appeal from Ct. Sp. App. Md. dismissed for want of substantial federal question. ▉